**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MICHAEL V. MALLOZZI,
*Individually and on behalf of all others similarly situated, et al.*

Plaintiffs,

v.

INNOVATIVE INDUSTRIAL PROPERTIES, INC., PAUL SMITHERS, CATHERINE HASTINGS, and ANDY BUI,

Defendants.

Case No. 22cv2359 (EP) (JRA)

**ORDER**

**THIS MATTER** comes before the Court by way of Defendant Innovative Industrial Properties' ("IIPR") motion to dismiss the First Amended Complaint (D.E. 34) under Federal Rule of Civil 12(b)(6). D.E. 42. The Court has reviewed the parties' briefs and supplemental authority, and for the reasons set forth in the Opinion filed herewith,

**IT IS**, on this **19th** day of **September**, 2023;

**ORDERED** that IIPR's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint is **DISMISSED without prejudice**; and it is finally

**ORDERED** that Plaintiffs have 30 days from the entry of this Order to file an amended complaint.

Dated: September 19, 2023

Evelyn Padin, U.S.D.J.