**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MICHAEL V. MALLOZZI,
*Individually and on behalf of all others similarly situated, et al.*

Plaintiffs,

v.

INNOVATIVE INDUSTRIAL PROPERTIES, INC., PAUL SMITHERS, CATHERINE HASTINGS, and ANDY BUI,

Defendants.

No. 22cv2359 (EP) (JRA)

**ORDER**

Defendants Paul Smithers, Alan D. Gold, Catherine Hastings, Benjamin C. Regin, and Innovative Industrial Properties, Inc. move jointly to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). D.E. 60. Having reviewed the parties' submissions and all other relevant items on the docket, and having determined that oral argument is not necessary,

**IT IS**, on this 25th day of September 2024, for the reasons set forth in the accompanying Opinion,

**ORDERED** that the Defendants' Motion, D.E. 60, is **GRANTED**; and it is finally

**ORDERED** that the Second Amended Complaint is dismissed ***with prejudice***;

Dated: September 25, 2024

Evelyn Padin, U.S.D.J.