UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 24-2829

---

ALEJANDRO HANDAL, Individually and on behalf of all other persons similarly situated; MICHAEL V. MALLOZZI, Individually and on behalf of all other persons similarly situated; STEPHEN R. FORRESTER, Individually and on behalf of all other persons similarly situated

v.

INNOVATIVE INDUSTRIAL PROPERTIES, INC.; PAUL SMITHERS; CATHERINE HASTINGS; ALAN D. GOLD; BENJAMIN C. REGIN

Alejandro Handal; Stephen R. Forrester,
Appellants

---

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil No. 2:22-cv-02359
District Judge: Honorable Evelyn Padin

---

Argued: June 17, 2025

Before: CHAGARES, *Chief Judge*, MONTGOMERY-REEVES and McKEE, *Circuit Judges*

---

**JUDGMENT**

---

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 17, 2025.

On consideration whereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on September 25, 2024, is hereby AFFIRMED. Costs are taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 15, 2025

**Certified as a true copy and issued in lieu of a formal mandate on** November 21, 2025

**Teste:** Patricia S. Dodszuweit
**Clerk, U.S. Court of Appeals for the Third Circuit**